**PORTUDA, Defendant–Appellee,**

v.

**Eon SHEPHERD, Plaintiff–Appellant.**

No. 03–0148.

United States Court of Appeals, Second Circuit.

March 22, 2005.

Eon Shepherd, Alden, NY, for Appellee, pro se.

Martin A. Hotvet, Andrea Oser, Assistant Solicitor Generals, Eliot Spitzer, Attorney General, Albany, NY, for Appellees.

Present: MESKILL, JACOBS, and STRAUB, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment be **AFFIRMED.**

Plaintiff-appellant Eon Shepherd, *pro se,* appeals from a judgment entered on March 25, 2003 by the United States District Court for the Northern District of New York (Kahn, *J.*), adopting Magistrate Judge DiBianco's decision granting defendant-appellees' motions for summary judgment as to Shepherd's 42 U.S.C. § 1983 action, in which he claimed denial of access to the courts. We assume familiarity with the facts, the procedural context, and the issues on appeal.

For substantially the reasons stated by the district court, the judgment is **AFFIRMED.**